# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ALLEN POLK,
#1902-11                                                                                           PLAINTIFF

v.                         CASE NO. 4:11-cv-00414-SWW-JJV

PULASKI COUNTY DETENTION
FACILITY; *et al.*                                                                              DEFENDANTS

## ORDER

On July 5, 2011, United States Magistrate Judge Joe Volpe held a status hearing in this matter. During the hearing, Plaintiff made an oral Motion to Dismiss this case without prejudice. Plaintiff's Motion to Dismiss is, therefore, GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of July, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE